

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re Occidental Oil & Gas Corporation et al.,

No. 11-18-00071-CV

* Original Mandamus Proceeding,

* April 19, 2018

* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has considered Relators' agreed motion to dismiss and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the motion is granted and the proceeding is dismissed.